# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** OHIO

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| TUCKER SR., ADRIAN | § | Case No. 15-13411 AIH |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/16/2015 .  The undersigned trustee was appointed on 06/16/2015 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                        $            363.85

> Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

> Leaving a balance on hand of[1]            $            363.85

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  12/07/2015  and the deadline for filing governmental claims was  12/13/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 90.96 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 90.96 , for a total compensation of $ 90.96 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 55.65 , for total expenses of $ 55.65 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/13/2019                    By:/s/TRUSTEE VIRGIL E. BROWN, JR.
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

| Case No: | 15-13411 | AIH | Judge: Arthur I. Harris | | Trustee Name: | TRUSTEE VIRGIL E. BROWN, JR. |
|---|---|---|---|---|---|---|

Case Name: TUCKER SR., ADRIAN

Date Filed (f) or Converted (c): 06/16/15 (f)

341(a) Meeting Date: 07/20/15

For Period Ending: 05/13/19

Claims Bar Date: 12/07/15

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Home Dwelling Location: 15 Glenwood Drive, | 11,800.00 | 0.00 | OA | 0.00 | FA |
| 2. CASH ON HAND | 5.00 | 0.00 | | 0.00 | FA |
| 3. PNC BANK, CHECKING *3246 | 44.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS AND FURNISHINGS | 1,350.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 675.00 | 0.00 | | 0.00 | FA |
| 6. JEWELRY | 150.00 | 0.00 | | 0.00 | FA |
| 7. 401(K) | 2,051.00 | 0.00 | | 0.00 | FA |
| 8. 2001 CHEVROLET TAHOE 175K MILES | 2,900.00 | 0.00 | | 0.00 | FA |
| 9. bonus (u) | 0.00 | 250.00 | | 250.00 | FA |
| Original balance was abandoned by Trustee as unable to collect. | | | | | |
| 10. PREFERENCE PAYMENT | 0.00 | 113.85 | | 113.85 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $18,975.00 | $363.85 | | $363.85 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9/19/17 Estate to collect funds from Debtor or file to abandon

9/27/16  debtor paying estate

10/8/15  2004 to be set

Initial Projected Date of Final Report (TFR): 06/30/16          Current Projected Date of Final Report (TFR): 06/30/19

Case No:          15-13411        AIH    Judge: Arthur I. Harris

Case Name:        TUCKER SR., ADRIAN

Trustee Name:              TRUSTEE VIRGIL E. BROWN, JR.

Date Filed (f) or Converted (c):    06/16/15 (f)

341(a) Meeting Date:       07/20/15

Claims Bar Date:           12/07/15

/s/      TRUSTEE VIRGIL E. BROWN, JR.

_____ Date: 05/13/19

TRUSTEE VIRGIL E. BROWN, JR.

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 15-13411  -AIH |
| Case Name: | TUCKER SR., ADRIAN |

| Taxpayer ID No: | *******9699 |
| For Period Ending: | 05/13/19 |

| Trustee Name: | TRUSTEE VIRGIL E. BROWN, JR. |
| Bank Name: | BOK FINANCIAL |
| Account Number / CD #: | *******5656  Checking Account |

| Blanket Bond (per case limit): | $  1,337,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/02/16 | 9 | ADRIAN TUCKER SR. 197 NOBLE BEACH DR EUCLID, OH  44123 | Payment from debtor | 1229-000 | 250.00 | | 250.00 |
| 06/04/16 | 10 | ADRIAN TUCKER SR. 197 NOBLE BEACH DR EUCLID, OH  44123 | PREFERENCE PAYMENT | 1141-000 | 113.85 | | 363.85 |
| 04/10/19 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | 363.85 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 363.85 | 363.85 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 363.85 | |
| Subtotal | | 363.85 | 0.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 363.85 | 0.00 | |

Page Subtotals          363.85          363.85

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit B**

Case No: 15-13411 -AIH
Case Name: TUCKER SR., ADRIAN

Taxpayer ID No: *******9699
For Period Ending: 05/13/19

Trustee Name: TRUSTEE VIRGIL E. BROWN, JR.
Bank Name: Axos Bank
Account Number / CD #: *******0066 Checking Account

Blanket Bond (per case limit): $ 1,337,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/10/19 | | Trsf In From BOK FINANCIAL | INITIAL WIRE TRANSFER IN | 9999-000 | 363.85 | | 363.85 |

|  | | | COLUMN TOTALS | | 363.85 | 0.00 | 363.85 |
|  | | | Less: Bank Transfers/CD's | | 363.85 | 0.00 | |
|  | | | Subtotal | | 0.00 | 0.00 | |
|  | | | Less: Payments to Debtors | | | 0.00 | |
|  | | | Net | | 0.00 | 0.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******5656 | 363.85 | 0.00 | 0.00 |
| Checking Account - *******0066 | 0.00 | 0.00 | 363.85 |
| | --------------- | --------------- | --------------- |
| | 363.85 | 0.00 | 363.85 |
| | =========== | =========== | =========== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals: 363.85   0.00

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: May 13, 2019

Case Number:    15-13411
Debtor Name:    TUCKER SR., ADRIAN
Claims Bar Date: 12/07/15

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|------------------------|-------------|-------|-----------|---------|---------|
| 000001 070 UC | Cavalry SPV I, LLC P O Box 27288 Tempe, AZ 85282 | Unsecured | Filed 09/08/15 | $0.00 | $3,278.27 | $3,278.27 |
| 000002 070 UC | Midland Credit Management, Inc. as agent for MIDLAND FUNDING LLC PO Box 2011 Warren, MI 48090 | Unsecured | Filed 09/11/15 | $0.00 | $4,418.12 | $4,418.12 |
| 000003 070 UC | Porania LLC P. O. Box 35183 Seattle, WA 98124-5183 | Unsecured | Filed 10/05/15 | $0.00 | $191.32 | $191.32 |
| 000004 070 UC | American InfoSource LP as agent for Verizon PO Box 248838 Oklahoma City, OK 73124-8838 | Unsecured | Filed 11/03/15 | $0.00 | $246.09 | $246.09 |
| 000005 070 UC | Illuminating Company 1310 Fairmont Ave Fairmont, WV 26554 | Unsecured | Filed 11/03/15 | $0.00 | $1,690.89 | $1,690.89 |
| 000006 070 UC | Portfolio Recovery Associates, LLC POB 12914 Norfolk VA 23541 | Unsecured | Filed 12/07/15 | $0.00 | $1,560.36 | $1,560.36 |
| 000007 070 UC | American InfoSource LP as agent for DIRECTV, LLC PO Box 51178 Los Angeles, CA 90051-5478 | Unsecured | Filed 12/07/15 | $0.00 | $482.60 | $482.60 |
| | Case Totals: | | | $0.00 | $11,867.65 | $11,867.65 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 15-13411 AIH
Case Name: TUCKER SR., ADRIAN
Trustee Name: TRUSTEE VIRGIL E. BROWN, JR.

Balance on hand $    363.85

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: TRUSTEE VIRGIL E. BROWN, JR. | $    90.96 | $    0.00 | $    90.96 |
| Trustee Expenses: TRUSTEE VIRGIL E. BROWN, JR. | $    55.65 | $    0.00 | $    55.65 |

Total to be paid for chapter 7 administrative expenses     $    146.61

Remaining Balance     $    217.24

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,867.65  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  1.8  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 000001 | Cavalry SPV I, LLC | $       3,278.27 | $        0.00 | $       60.01 |
| 000002 | Midland Credit Management, Inc. as | $       4,418.12 | $        0.00 | $       80.87 |
| 000003 | Porania LLC | $          191.32 | $        0.00 | $        3.50 |
| 000004 | American InfoSource LP as agent for | $          246.09 | $        0.00 | $        4.51 |
| 000005 | Illuminating Company | $       1,690.89 | $        0.00 | $       30.95 |
| 000006 | Portfolio Recovery Associates, LLC | $       1,560.36 | $        0.00 | $       28.56 |
| 000007 | American InfoSource LP as agent for | $          482.60 | $        0.00 | $        8.84 |

Total to be paid to timely general unsecured creditors          $                217.24

Remaining Balance          $                  0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE